UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAROLD M. HOFFMAN,<br><br>     Plaintiff,<br><br> -against-<br><br>GNC CORPORATION,<br><br>     Defendant. | 12-cv-05630 (CCC) (JAD) |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-entitled action is dismissed with prejudice and without costs or attorneys' fees for either party as against the other.

HAROLD M. HOFFMAN, ESQ.    MCGUIRE WOODS

By: /s/ Harold M. Hoffman      By: /s/ Loree Jill Shelko
*Attorney for Plaintiff*         *Attorney for Defendant*

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.M.J.

Date: 10/11/12